CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKg

AUG 15 2013

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| AHMAD ABDUL QAWIYY,<br>    Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:13-cv-00351 |
| v. | ) <br> ) | **ORDER** |
| NANCY JOHNSON, et al.,<br>    Defendants. | ) <br> ) <br> ) | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1); Plaintiff's motion to proceed in forma pauperis is **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 15th day of August, 2013.

                                           /s/ Jackson L. Kiser
                                           Senior United States District Judge