CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKe

AUG 15 2013

JULIA C. DUDLEY, CLERK
BY: HMcDarald
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| AHMAD ABDUL QAWIYY,<br>Plaintiff, | )<br>)<br>) | Civil Action No. 7:13-cv-00351 |
| v. | )<br>) | ORDER |
| NANCY JOHNSON, et al.,<br>Defendants. | )<br>)<br>) | By:  Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

### ORDERED

that the Complaint is **DISMISSED without prejudice** as frivolous, pursuant to 28 U.S.C.

§ 1915A(b)(1); Plaintiff's motion to proceed in forma pauperis is **DENIED as moot**; and the

action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to Plaintiff.

ENTER: This _____15th_____ day of August, 2013.

_____
Senior United States District Judge